# NO. 12-21-00088-CR

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *EX PARTE:* | § | |
| *EDWARD COLEMAN, JR.,* | § | *ORIGINAL PROCEEDING* |
| *RELATOR* | § | |

## MEMORANDUM OPINION
## PER CURIAM

Edward Coleman, Jr., acting pro se, filed an application for writ of habeas corpus with this Court, in which he contends his right to a speedy trial has been violated in trial court cause number 2021-0035, currently pending in the trial court.[1]

The Texas Government Code provides as follows:

> Concurrently with the supreme court, the court of appeals of a court of appeals district in which a person is restrained in his liberty, or a justice of the court of appeals, may issue a writ of habeas corpus when it appears that the restraint of liberty is by virtue of an order, process, or commitment issued by a court or judge because of the violation of an order, judgment, or decree previously made, rendered, or entered by the court or judge in a civil case.

TEX. GOV'T CODE ANN. § 22.221(d) (West Supp. 2020). Thus, the original jurisdiction of courts of appeals to issue a writ of habeas corpus is limited to those cases in which a person's liberty is restrained because the person violated an order, judgment, or decree entered in a civil case. *Id*. Consequently, courts of appeals do not have original habeas corpus jurisdiction in criminal law matters. *In re Ayers*, 515 S.W.3d 356 (Tex. App.–Houston [14th Dist.] 2016, orig. proceeding). Because Relator seeks habeas relief in a criminal proceeding, we are without jurisdiction to consider his application. Accordingly, we *dismiss* his application for *want of jurisdiction*. *See Ex parte Sampson,* No. 12-17-00227-CR, 2017 WL 3225061 (Tex. App.—Tyler July 31, 2017,

---

[1] Respondent is the Honorable Robert K. Inselmann, Jr., Judge of the 217th District Court in Angelina County, Texas. The State of Texas is the Real Party in Interest.

orig. proceeding) (mem. op., not designated for publication) (per curiam); *see also **In re Baugh***, No. 12–09–00122–CR, 2009 WL 1687630 (Tex. App.–Tyler June 17, 2009, orig. proceeding) (mem. op., not designated for publication) (per curiam).

Opinion delivered June 30, 2021.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*

(DO NOT PUBLISH)



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**JUNE 30, 2021**

**NO. 12-21-00088-CR**

**EDWARD COLEMAN, JR.,**
Relator
V.

**HON. ROBERT K. INSELMANN, JR.,**
Respondent

### ORIGINAL PROCEEDING

ON THIS DAY came to be heard the application for writ of habeas corpus filed by Edward Coleman, Jr.; who is the relator in appellate cause number 12-21-00088-CR and the defendant in trial court cause number 2021-0035, pending on the docket of the 217th Judicial District Court of Angelina County, Texas. Said application for writ of habeas corpus having been filed herein on June 11, 2021, and the same having been duly considered, because it is the opinion of this Court that it lacks jurisdiction, it is therefore CONSIDERED, ADJUDGED and ORDERED that the said application for writ of habeas corpus be, and the same is, hereby **dismissed for want of jurisdiction**.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J.*

3